

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2015

No. 04-15-00431-CR and 04-15-00432-CR

David Jermain **HAWKINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR0290 and 2015CR0291
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to December 23, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court